IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ROOSEVELT CARABLI-RUIZ,          *

    Petitioner,          *

vs.          *

                        CASE NO.  4:12-CV-271-CDL-MSH

ERIC HOLDER, *et al.*,          *          28 U.S.C. § 2241

    Respondents.          *

                           *

_____

ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on May 28, 2013.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 18th day of June, 2013.

s/Clay D. Land
_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE